

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00042-CV

---

Miller Hardin, Appellant

v.

Wells Fargo Bank, N.A., Appellee

---

On Appeal from the 26th District Court
Williamson County, Texas
Trial Court No. 24-2627-C26

---

## MEMORANDUM OPINION

Before the Court is Appellant's motion to voluntarily dismiss this appeal. As the Court has not yet issued an opinion, we grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(1). Costs of the appeal are taxed against Appellant. Tex. R. App. P. 42.1(d).

MARIA SALAS MENDOZA, Chief Justice

February 12, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.